IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA											PLAINTIFF

v.					No. 4:15-cr-62-DPM-1

RODOLFO VALDEZ												DEFENDANT

ORDER

Yesterday the Court received a letter from Valdez. It is attached as Exhibit 1. *The Court directs the Clerk to file Exhibit 1 Ex Parte and Under Seal.* The letter is about the relationship between Valdez and his lawyer, who alone shall have access to it. To protect the attorney-client privilege, neither the public nor the United States Attorney shall have access to Exhibit 1.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 May 2015